IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSHUA WILLIAM ZIMMERMAN                                         PLAINTIFF

v.                          Case No: 4:19-cv-00206-KGB

PULASKI COUNTY REGIONAL
DETENTION FACILITY                                               DEFENDANT

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Joshua Zimmerman's complaint is dismissed without prejudice. The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 18th day of February, 2020.

_____
Kristine G. Baker
United States District Judge